IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **United States of America** | : |
| | : Case No. 2:25-cr-00154 |
| v. | : Judge Graham |
| **James Travis Scurlock** | : |

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (Doc. 21) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Counts 1, 2, 3, and 4 of the information, and he is hereby adjudged guilty on that count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: December 19, 2025

[1]